

FILED

JUN 2 0 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

1  McGREGOR W. SCOTT
   United States Attorney
2  ELLEN V. ENDRIZZI
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone (916) 554-2716

5

6

7                    UNITED STATES DISTRICT COURT

8                    EASTERN DISTRICT OF CALIFORNIA

9
   IN RE SEARCH OF            )  No. 2:07-sw-00162 GGH
10 1727 BRIGHAM STREET        )
   STOCKTON, CALIFORNIA       )  **APPLICATION TO UNSEAL SEARCH WARRANT**
11                            )  **AND [proposed] ORDER**
                              )
12                            )
                              )
13 _____ )

14        On June 1, 2007, this Court issued the above-captioned search

15 warrant and sealed it until further order of the Court.  Recently, a

16 federal grand jury issued an indictment in this case, number 2:07-

17 cr-00266 FCD.  The United States now respectfully requests that the

18 above-captioned file be unsealed so that its contents may be

19 revealed in discovery.

20 Dated: June 19, 2007

21                              Respectfully submitted,

22                              McGREGOR W. SCOTT
                                United States Attorney
23

24                         By: _____
                                ELLEN V. ENDRIZZI
25                              Assistant U.S. Attorney

26

27

28

                                    1

1                                       **O R D E R**

2          Upon application of the United States of America and good cause

3    having been shown,

4          IT IS HEREBY ORDERED that the United States' Application to

5    Unseal Search Warrant, filed in case number 2:07-sw-00162 GGH, is

6    GRANTED.

7

8    DATED: June _20_, 2007

9                                    _GREGORY G. HOLLOWS_
                                     HONORABLE GREGORY G. HOLLOWS
10                                   United States Magistrate Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28